

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-15-00623-CV

**IN THE ESTATE OF MARJORIE A. CHILDS, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-0056
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court